Boyd                                                                                        Doc. 3

```
                                            CLERK'S OFFICE U.S. DIST. COURT
                                                 AT ROANOKE, VA
                                                     FILED
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA    APR 1 3 2006
                     ROANOKE DIVISION
                                              JOHN F. CORCORAN, CLERK
                                              BY:
                                                    DEPUTY CLERK
```

JAMES BOYD, )
    Plaintiff, ) Civil Action No. 7:06cv00205
)
v. ) **FINAL ORDER**
)
)
ROGER MARTIN, ) By: Samuel G. Wilson
    Defendant. ) United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This ____ day of April, 2006.

                                                                          _____
                                                                          United States District Court Judge

Dockets.Justia.com